DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAYERSOHN LAW GROUP, P.A.** and **ROBYN H. BARRETT, ESQ.,**
Appellant,

v.

**ANDREA MINSKY** and **SONDRA MINSKY,**
Appellee.

No. 4D21-416

[April 8, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case No. COCE19-1565 and CACE19-26076.

William E. Stacey, Jr., of William E. Stacey, Jr., P.A., Fort Lauderdale, for appellant.

Andrea Minsky, Boca Raton, pro se.

Sondra Minsky, Port St. Lucie, pro se.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***